THE STATE EX REL. RILEY, APPELLANT, *v.* RUSSELL, WARDEN, APPELLEE.

[Cite as *State ex rel. Riley v. Russell* (1993), 66 Ohio St.3d 2.]

(No. 92–1890—Submitted January 5, 1993—Decided February 3, 1993.)

---

*Gerald L. Riley, pro se.*

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.